Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES W. DUNN, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY, et al.,<br><br>Defendants. | NO. 3:16-cv-05148-BHS<br><br>STIPULATION AND PROPOSED ORDER EXTENDING PRETRIAL DEADLINES<br><br>Noted on Motion Docket: 12/19/2016 |

## I.   STIPULATION

The parties, through their undersigned counsel of record, respectfully submit this stipulation and proposed order seeking extension of the pretrial deadline for discovery completion in this matter. The parties have not previously sought an extension in this case. This is a civil rights case.

A deposition of the Plaintiff was scheduled for December 14, 2016, at 10:00 a.m. at the offices of Plaintiff's counsel. Plaintiff failed to appear for the deposition. With Plaintiff still not present at 10:30 a.m., the deposition was therefore canceled.

Rather than contest motions for sanctions, etc., the parties would prefer to work together to resolve the matter by having the defense take the Plaintiff's deposition. However,

STIPULATION AND PROPOSED ORDER EXTENDING PRETRIAL DEADLINES - 1
Dunn Stip & Ord Ext PTD.docx
Cause No 3:16-cv-05148-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

the deadline for completion of discovery is currently scheduled for Monday, December 19, 2016, which will not permit the parties sufficient time to attempt to reschedule the deposition. For that reason, the parties seek an extension of the discovery completion deadline by 12 days until December 31, 2016. During the extended discovery period, the conduct of discovery by the parties would be limited to taking the deposition of Plaintiff, and any necessary additional follow-up related to that deposition.

Therefore, the parties stipulate and request that the Court extend the following pretrial deadline:

| ACTIVITY | CURRENT DEADLINE | REQUESTED EXTENSION |
|---|---|---|
| Discovery COMPLETED by | December 19, 2016 | December 31, 2017 |

The parties are **not** seeking an extension of the trial date or any other dates in the Court's July 1, 2016, minute order.

STIPULATED TO this 16th day of December, 2016.

MARK LINDQUIST
Prosecuting Attorney

s/ STEPHEN D. TRINEN
STEPHEN D. TRINEN, WSBA #30925
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-7303 / Fax: 253-798-6713
E-mail: strinen@co.pierce.wa.us
Attorney for Defendants

BLADO | KIGER | BOLAN, P.S.

/s/ Douglas N. Kiger
DOUGLAS N. KIGER, WSBA #26211
Attorney at Law
4717 South 19th Street, Suite 109
Tacoma, WA 98405
Ph: 253-272-2997 / Fax: 253-627-6252
Email: doug@bkb-law.com

/s/ Jonathan W. Blado
JONATHAN W. BLADO, WSBA #7813
Attorney at Law
4717 South 19th Street, Suite 109
Tacoma, WA 98405
Ph: 253-272-2997 / Fax: 253-627-6252
Email: jon@bkb-law.com
Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER EXTENDING PRETRIAL DEADLINES
- 2
Dunn Stip & Ord Ext PTD.docx
Cause No 3:16-cv-05148-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

## II.  ORDER

Based on the foregoing stipulation, the Court orders that the discovery completion date be rescheduled and the new case schedule is as follows:

| ACTIVITY | DATE |
| --- | --- |
| SEVEN DAY JURY TRIAL set for 09:00 AM | April 18, 2017 |
| Deadline for the FILING of any motion to join parties | August 1, 2016 |
| Deadline for amending pleadings | August 11, 2016 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 11, 2016 |
| All motions related to discovery must be FILED by | November 21, 2016 |
| Discovery COMPLETED by | December 31, 2016 |
| All dispositive motions must be FILED by | January 18, 2016 |
| Motions in limine should be FILED by the date in the right hand column. Pursuant to Local Rule CR 7(d)(4), all motions in limine SHALL be filed as ONE motion and SHALL be NOTED on the motions calendar no earlier than the third Friday after filing. Any response SHALL be filed no later than the Monday before the noting date. No reply papers shall be filed. | March 13, 2017 |
| Agreed pretrial order FILED with the Court by | March 27, 2017 |
| Pretrial conference will be HELD at 02:30 PM on (COUNSEL SHALL REPORT TO COURTROOM E) | April 3, 2017 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due | March 28, 2017 |

During the extended discovery period, the conduct of discovery by the parties is limited to taking the deposition of Plaintiff, and any additional follow-up related to that deposition.

All other provisions of the July 1, 2016, Order Setting Jury Trial and Pretrial Dates remain in effect.

DATED this ___19___ day of December, 2016.

BENJAMIN H. SETTLE
U.S. District Judge

STIPULATION AND PROPOSED ORDER EXTENDING PRETRIAL DEADLINES
- 3
Dunn Stip & Ord Ext PTD.docx
Cause No 3:16-cv-05148-BHS

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

| | |
|---|---|
| Presented by: | Approved as to Form and Content: |
| MARK LINDQUIST<br>Prosecuting Attorney | BLADO \| KIGER \| BOLAN, P.S. |
| s/ STEPHEN D. TRINEN<br>STEPHEN D. TRINEN, WSBA #30925<br>Pierce County Prosecutor / Civil<br>955 Tacoma Avenue South, Suite 301<br>Tacoma, WA 98402-2160<br>Ph: 253-798-7303 / Fax: 253-798-6713<br>E-mail: strinen@co.pierce.wa.us<br>Attorney for Defendants | /s/ Douglas N. Kiger<br>DOUGLAS N. KIGER, WSBA #26211<br>Attorney at Law<br>4717 South 19th Street, Suite 109<br>Tacoma, WA 98405<br>Ph: 253-272-2997 / Fax: 253-627-6252<br>Email: doug@bkb-law.com<br><br>/s/ Jonathan W. Blado<br>JONATHAN W. BLADO, WSBA #7813<br>Attorney at Law<br>4717 South 19th Street, Suite 109<br>Tacoma, WA 98405<br>Ph: 253-272-2997 / Fax: 253-627-6252<br>Email: jon@bkb-law.com<br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

On December 19, 2016, I hereby certify that I electronically filed the foregoing STIPULATION AND PROPOSED ORDER EXTENDING PRETRIAL DEADLINES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Jonathan W. Blado:** jon@bkb-law.com, jeanine@bkb-law.com
- **Douglas N Kiger:** Doug@bkb-law.com, heather@bkb-law.com

s/ CHRISTINA SMITH
CHRISTINA SMITH
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph: 253-798-7732 / Fax: 253-798-6713